# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
MOHAMMED KHALIFA,
a/k/a,
Abu Ridwan Al-Kanadi
Abu Muthanna Al-Muhajir

*Defendant(s)*

Case No. 1:21-MJ-**34**

FILED
FEB 4 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 2013 to January 2019** in the extraterritorial jurisdiction of the United States and in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339B | Conspiring to provide material support and resources to a foreign terrorist organization (ISIS or the Islamic State) resulting in death |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
Dennis M. Fitzpatrick, AUSA
*Printed name and title*

*Complainant's signature*
Joshua S. Grace, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone. *(specify reliable electronic means)*.

Date: 02/05/2021 @ 1:30 p.m.

/s/ Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff, Magistrate Judge
*Printed name and title*