IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:21-mj-34 |
| MOHAMMED KHALIFA, | ) | |
| | ) | |
| a/k/a | ) | |
| | ) | |
| Abu Ridwan Al-Kanadi, | ) | |
| Abu Muthanna Al-Muhajir | ) | |
| | ) | |
| Defendant. | ) | |

ORDER TO UNSEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved on February 5, 2021, to seal the criminal complaint, supporting affidavit, arrest warrant, the Motion to Seal, and proposed Order in this matter; and

The COURT, now having found that the defendant has been arrested, transferred to the United States, and taken into custody by the Federal Bureau of Investigation (FBI) and the United States Marshals Service (USMS), and that the reasons for sealing this matter are no longer present, it is hereby

ORDERED, ADJUDGED, and DECREED that the criminal complaint, supporting affidavit, arrest warrant, Motion to Seal, and all entries in case number 1:21-mj-34 are UNSEALED at 9:00 a.m. on Saturday, October 2, 2021.

Hon. Theresa C. Buchanan
United States Magistrate Judge

Date: 10/1/21

WE ASK FOR THIS:

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

_____
Dennis M. Fitzpatrick
Assistant United States Attorney